Kirk Guinn #015448
Guinn Law Group, PLC
3707 E Southern Ave., #1070
Mesa AZ 85206
602-903-1816
kirkguinnnotifications@yahoo.com

UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br>    TROY JOSEPH GANNON,<br>    MARIA SONIA GANNON,<br><br>    Debtor(s) | In Proceedings Under Chapter 13<br><br>Case No. 2:09-bk-06465-CGC<br><br>OBJECTION TO MOTION TO LIFT THE AUTOMATIC BANKRUPTCY STAY FILED BY BAC HOME LOANS SERVICING, L.P. FKA COUNTRYWIDE HOME LOANS SERVICING, L.P. |

**COME NOW** Troy Joseph and Maria Sonia Gannon, hereinafter referred to as Debtors, by and through undersigned counsel and hereby Objects to the Motion to Lift the Automatic Bankruptcy Stay filed by BAC Home Loans Servicing, L.P. fka Countrywide Home Loans Servicing, L.P., hereinafter referred to as Movant, and states as follows:

1. Movant filed a Motion to Lift the Automatic Bankruptcy Stay on October 2, 2009;

2. Movant indicates, in its Motion, that Debtors have failed to make post petition Mortgage payments;

3. Debtors believe they have made post petition mortgage payments;

**THEREFORE**, Debtor requests this Honorable Court to:

A. Deny the Motion to Lift the Automatic Stay filed by BAC Home Loans Servicing, L.P. fka Countrywide Home Loans Servicing, L.P.; and

B. Grant such other relief as is just and proper.

Respectfully submitted on this the 15th day of October, 2009.

/s/ Kirk Guinn
Kirk Guinn, Attorney for Debtors

## CERTIFICATE OF SERVICE

I hereby certify that copies of this Objection were mailed by me on October 15, 2009 to the following parties:

United States Trustee
230 North First Avenue, Suite 204
Phoenix, Arizona 85003

Clerk of the U.S. Bankruptcy Court
230 North First Avenue, Suite 101
Phoenix, Arizona 85003

Russell Brown
Chapter 13 Trustee
Suite 800
3838 North Central Avenue
Phoenix, Az 85012-1965

Mark S Bosco
Tiffany & Bosco P.A.
2525 East Camelback Road
Third Floor
Phoenix Az 85016

Troy Joseph Gannon
Maria Sonia Gannon
12713 W Hollyhock Drive
Avondale, Az 85392

/s/Deborah McGuinness