# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA
# Minute Entry

## *Hearing Information:*

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | TROY JOSEPH & MARIA SONIA GANNON | | |
| **Case Number:** | 2:09-BK-06465-CGC | **Chapter:** | 13 |
| **Date / Time / Room:** | TUESDAY, NOVEMBER 24, 2009 02:30 PM  6TH FLOOR #601 | | |
| **Bankruptcy Judge:** | CHARLES G. CASE II | | |
| **Courtroom Clerk:** | RHONDA VAUGHAN | | |
| **Reporter / ECR:** | KAYLA MORGAN | | |

## *Matter:*

MOTION FOR RELIEF FROM STAY RE: REAL PROPERTY, 12713 WEST HOLLYHOCK DRIVE, AVONDALE, AZ 85323 FILED BY MARK 1 BOSCO OF TIFFANY & BOSCO, P.A. ON BEHALF OF BAC HOME LOANS SERVICING, L.P. FKA COUNTRYWIDE HOME LOANS SERVICING, L.P.

**R / M #:** 19 / 0

## *Appearances:*

JAMES OLSEN, ATTORNEY FOR MARIA SONIA GANNON, TROY JOSEPH GANNON
WILLIAM FISHBACH, ATTORNEY FOR BAC HOME LOANS

## *Proceedings:*

Mr. Fishbach advises the loan is due since July 2009 and asks the Court to enter the standard cure order and if documents are received that this loan has been paid then the cure order can be aside.

Mr. Olsen states debtors are maintaining they have made the payment every month. He proposes continuing this hearing for 1 month to obtain proof of payments from debtors.

COURT: IT IS ORDERED CONTINUING THIS HEARING TO DECEMBER 22, 2009 AT 2:30 P.M. DEBTORS ARE ORDERED TO MAKE A CURRENT PAYMENT FOR DECEMBER 2009 NO LATER THAN DECEMBER 10TH. COUNSEL NEED TO AGREE WHERE THE PAYMENTS SHOULD BE SENT TO AND DEBTORS ARE TO VERIFY HOW PAYMENT WAS MADE. FAILING THAT THE MOTION WILL BE GRANTED AND THE STAY WILL BE LIFTED.