# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA
# Minute Entry

### Hearing Information:
| | |
|---|---|
| **Debtor:** | TROY JOSEPH & MARIA SONIA GANNON |
| **Case Number:** | 2:09-BK-06465-CGC **Chapter:** 13 |
| **Date / Time / Room:** | TUESDAY, DECEMBER 22, 2009 02:30 PM 6TH FLOOR #601 |
| **Bankruptcy Judge:** | CHARLES G. CASE II |
| **Courtroom Clerk:** | RHONDA VAUGHAN |
| **Reporter / ECR:** | MARCO GARCIA |

### Matter:

CONTINUED MOTION FOR RELIEF FROM STAY RE: REAL PROPERTY, 12713 WEST HOLLYHOCK DRIVE, AVONDALE, AZ 85323 FILED BY MARK 1 BOSCO OF TIFFANY & BOSCO, P.A. ON BEHALF OF BAC HOME LOANS SERVICING, L.P. FKA COUNTRYWIDE HOME LOANS SERVICING, L.P.

**R / M #:** 19 / 0

### Appearances:

LEONARD MCDONALD, ATTORNEY FOR BAC HOME LOANS

### Proceedings:

CLERK: HEARING VACATED AS REQUESTED BY MR. MCDONALD.