# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

# Minute Entry

### Hearing Information:

|  |  |  |
|---|---|---|
| **Debtor:** | TROY JOSEPH & MARIA SONIA GANNON | |
| **Case Number:** | 2:09-BK-06465-CGC | **Chapter:** 13 |
| **Date / Time / Room:** | TUESDAY, MARCH 02, 2010 01:30 PM 6TH FLOOR #601 | |
| **Bankruptcy Judge:** | CHARLES G. CASE II | |
| **Courtroom Clerk:** | RHONDA VAUGHAN | |
| **Reporter / ECR:** | MARCO GARCIA | |

### Matter:

MOTION FOR RELIEF FROM STAY RE: REAL PROPERTY, 12713 WEST HOLLYHOCK DRIVE,AVONDALE, AZ 85323 FILED BY MARK 1 BOSCO OF TIFFANY & BOSCO, P.A. ON BEHALF OF BAC HOME LOANS SERVICING, L.P. FKA COUNTRYWIDE HOME LOANS SERVICING, L.P.

**R / M #:** 19 / 0

### Appearances:

KIRK GUINN, ATTORNEY FOR MARIA SONIA GANNON, TROY JOSEPH GANNON
WILLIAM FISHBACH, ATTORNEY FOR BAC HOME LOANS SERVICING

### Proceedings:

Mr. Fishbach advises Mr. Guinn was on the phone earlier and stated his clients would be converting to a chapter 7; they had no objection to the Motion and would be surrendering the home.

COURT: IT IS ORDERED GRANTING THE MOTION FOR RELIEF AGAINST THE DEBTOR; WITH REGARDS TO THE CHAPTER 7 TRUSTEE MR. FISHBACH NEEDS TO NOTICE THE TRUSTEE OF THE ORDER AND MAKE SURE THERE ARE NO OBJECTIONS.